UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ROMULO NAVA, JR., | ) | No. CV 08-1792 PA (FFM) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| D. L. RUNNED, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: June 28, 2010

PERCY ANDERSON
United States District Judge